JULIE CAVANAUGH-BILL
NV BAR NO. 11533
Cavanaugh-Bill Law Offices, LLC
401 Railroad Street, Suite 307
Elko, NV. 89801
(775) 753-4357 Tele.
Julie@cblawoffices.org

CLARE LAKEWOOD
CA BAR NO. 30143
Center for Biological Diversity
1212 Broadway, #800
Oakland, CA 94612
(510) 844-7121 Tele.
Clakewood@biologicaldiversity.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, RYAN ZINKE - (DOI), MICHAEL NEDD - (BLM)<br><br>Defendants. | 17-CV-553-LRH-WGC<br><br>PROOF OF SERVICE |
|---|---|

Attached hereto are Proofs of Service of the Summons and Complaint served upon: US Department of the Interior - Ryan Zinke; U.S. Bureau of Land Management - Michael Nedd; U.S. Bureau of Land Management and U.S. Attorney's Office for the State of Nevada.

Respectfully Submitted,

DATED this _2nd_ day of October, 2017

Julie Cavanaugh-Bill
NV Bar No. 11533

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ₥cclan    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) ₥cc i9n    C. Date of Delivery SEP 2 5 2017 |
| 1. Article Addressed to:<br>U.S. Dept of Interior<br>Ryan Zinke, Secretary<br>1849 C Street NW.<br>Washington DC 20240 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2614 6336 5104 27 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 0910 0000 9654 6046 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Bureau of Land Mngmnt
   Michael Nedd, Acting Director
   1849 C. Street NW
   Washington, DC
   20240

   9590 9402 2614 6336 5104 89

2. Article Number (Transfer from service label)

   7016 0910 0000 9654 6053

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  C. Richardson        ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   C. Richardson                9.25.17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _O. Richardson_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): O. Richardson<br>C. Date of Delivery: 9·25·17 |
| 1. Article Addressed to:<br>U.S. Bureau of Land Manage.<br>1849 C. Street NW<br>Rm 5665<br>Washington, DC 20240<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2614 6336 5104 58 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| Article Number (Transfer from service label)<br>7016 0910 0000 9654 6022 | |

S Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Nevada Attorney
Civil Process Clerk
100. W. Liberty
Suite 600
Reno, Nv 89501

9590 9402 2614 6336 5104 41

2. Article Number (Transfer from service label)

7016 0910 0000 9654 5742

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): J Silverchield
C. Date of Delivery: 9/20/17

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt