UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB,<br><br>      Plaintiffs,<br><br> v.<br><br>U.S. BUREAU OF LAND MANAGEMENT; RYAN ZINKE; and BRIAN STEED;<br><br>      Defendants. | Case No. 3:17-cv-00553-LRH-WGC<br><br>MINUTE ORDER<br><br>May 17, 2018 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>  NONE APPEARING  </u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S):  <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

  On May 14, 2018, this court entered an order (ECF No. 35) granting Plaintiffs' Notice of Motion and Motion to Enlarge the Page Limit on Motion for Summary Judgment and Consequential Papers (ECF No. 34).  Subsequent to the entry of the order, Plaintiffs filed a Withdrawal of Plaintiffs' Notice of Motion and Motion to Enlarge the Page Limit on Motion for Summary Judgment and Consequential Papers (ECF No. 36).  Good cause appearing,

  The court hereby withdraws its aforementioned order (ECF No. 35) as moot.

  IT IS SO ORDERED.

                DEBRA K. KEMPI, CLERK

                By:  <u>        /s/        </u>

                   Deputy Clerk