JULIE CAVANAUGH-BILL (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: (775)753-4357
Email: Julie@cblawoffices.org

CLARE LAKEWOOD (CA Bar No. 298479), *pro hac vice*
MICHAEL SAUL (CO Bar No. 30143), *pro hac vice*
Center for Biological Diversity
1212 Broadway, # 800
Oakland, CA 94612
Tel: (510) 844-7121
Email: clakewood@biologicaldiversity.org

*Attorneys for Plaintiffs*
*Center for Biological Diversity and Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BUREAU OF LAND MANAGEMENT; RYAN ZINKE, in his capacity as Secretary of the Department of the Interior; and BRIAN STEED, in his capacity as Acting Director of the Bureau of Land Management,<br><br>    Defendants. | Case No. 3:17-cv-00553<br><br>**ORDER GRANTING**<br><br>**FURTHER REVISED JOINT CASE MANAGEMENT STATEMENT** |

Having conferred, counsel for the Parties in this case propose the following revised joint case management statement and schedule. The Parties agree that this case is an action for review on an administrative record pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq.*, and under Fed. R. Civ. P. 26(a)(1)(B)(i), and shall proceed in accordance with Local Rule 16-1(c)(1). The Parties also agree that discovery is inappropriate in this action and that this case should be resolved on cross motions for summary judgment.

**BRIEFING DEADLINES**

The Parties agree to the following deadlines:

1. Federal Defendants shall lodge, on or before **May 23, 2018**, a supplement to the administrative record lodged on April 13, 2018, containing only (1) those documents that Plaintiffs identified in their April 26, 2018 spreadsheet as inadvertently omitted from the administrative record and that Federal Defendants have determined were submitted during the comment period for the two lease sales at issue in this litigation, (2) the draft Finding of No Significant Impact for the June 2017 lease sale, (3) the preliminary Environmental Assessment released to the public on January 5, 2017, and (4) other documents Federal Defendants have identified as constituting part of the administrative record. Federal Defendants will provide the supplement to the administrative record to the Court and Plaintiffs on flash drives and the documents contained therein will be text searchable;

2. Plaintiffs shall file any motion challenging the content and scope of the supplement to the administrative record on or before **June 6, 2018**. Such challenge shall be limited to whether the supplement includes the documents identified by Plaintiffs in their April 26, 2018 spreadsheet as being inadvertently omitted from the administrative record; the draft Finding of No Significant Impact for the June 2017 lease sale; and the preliminary Environmental Assessment released to the public on January 5, 2017.

3. Plaintiffs shall file their opening brief in support of their summary judgment motion, on or before **June 22, 2018**, not to exceed 40 pages;

4. Federal Defendants shall file their cross-motion for summary judgment and combined

response brief in opposition to Plaintiffs' motion for summary judgment on or before **July 23, 2018**, not to exceed 40 pages;

5. Plaintiffs shall file their reply in support of their motion for summary judgment and opposition to Federal Defendants' cross-motion for summary judgment on or before **August 13, 2018**, not to exceed 30 pages**;**

6. Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before **September 3, 2018**, not to exceed 30 pages;

7. Plaintiffs do not consent to the case being resolved by a magistrate judge.

DATED: May 14, 2018                    Respectfully submitted,


   /s/ Julie Cavanaugh-Bill_____

JULIE CAVANAUGH-BILL (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: (775)753-4357
Email: Julie@cblawoffices.org


   /s/ Clare Lakewood_____

CLARE LAKEWOOD (CA Bar No. 298479),
*pro hac vice*
MICHAEL SAUL (CO Bar No. 30143),
*pro hac vice*
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7121
Facsimile: (510) 844-7150
Email: clakewood@biologicaldiversity.org
      msaul@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Sierra Club*

|   |   |
|---|---|
| 1 | |
| 2 | STEVEN W. MYHRE |
| 3 | Acting United States Attorney<br>District of Nevada |
| 4 | HOLLY A. VANCE |
| 5 | Assistant United States Attorney<br>JEFFREY H. WOOD |
| 6 | Acting Assistant Attorney General |
| 7 | /s/ Michelle-Ann C. Williams |
| 8 | MICHELLE-ANN C. WILLIAMS |
| 9 | Trial Attorney (MD Bar)<br>U.S. Department of Justice |
| 10 | Environment & Natural Resources Division<br>Natural Resources Section |
| 11 | Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611 |
| 12 | Telephone: (202) 305-0420<br>Fax: (202) 305-0506 |
| 13 | Email: michelle-ann.williams@usdoj.gov |

*Attorneys for Federal Defendants*

**IT IS SO ORDERED.**

DATED: May 23, 2018.

_____
UNITED STATES MAGISTRATE JUDGE