1 Jeffrey H. Wood
Acting Assistant Attorney General
2 U.S. Department of Justice
Environment and Natural Resources Division
3

4 JOHN S.MOST
Trial Attorney
5 Natural Resources Section
P.O. Box 7611 Washington, DC 20044
6 202-616-3353; Fax 202-305-0506

7
*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT; RYAN ZINKE, in his capacity as Secretary of the Department of the Interior; and BRIAN STEED, in his capacity as Acting Director of the Bureau of Land Management,<br><br>Defendants. | Case No. 3:17-cv-00553<br><br>**JOINT STIPULATION EXTENDING REMAINING BRIEFING DEADLINES 30 DAYS (THIRD REQUEST FOR EXTENSION)** |

Having conferred, and for good cause shown, counsel for the Parties in this case jointly propose and stipulate to the extend the remaining briefing deadlines by 30 days, and request that the Court adopt an order of same, pursuant to Rule 6(b)(1)(A).

This is the third extension of time to file briefs in this case. On March 30, 2018, parties filed a Revised Case Management Statement extending the time for Defendants to lodge the administrative record, and all other briefing deadlines consequentially. Revised Case Management Statement, ECF No. 23. On May 14, 2018, parties filed a Further Revised Case Management Statement to allow time for Defendants to lodge a supplement to the administrative record, and

extending all other briefing deadlines consequentially. Further Revised Case Management Statement, ECF No. 37.

On May 23, 2018, this Court entered an order adopting the Parties' revised joint case management schedule. Scheduling Order, ECF No. 42. In accordance with the Scheduling Order Defendants lodged the administrative record, and Plaintiffs filed their opening brief in support of summary judgment on June 22, 2018. Pursuant to the Scheduling Order Federal Defendants' cross-motion for summary judgment and combined response brief is due July 23, 2018.

This case was originally assigned to Department of Justice attorney Michelle-Ann Williams. Shortly after Plaintiffs filed their brief, Ms. Williams delivered a baby in advance of her expected due date, and has been on maternity leave. Thus, she has been unavailable to complete briefing on this case.

The case was subsequently reassigned to Department of Justice attorney, Jason A. Hill, on July 5, 2018, while he was out on vacation for the Independence Day Holiday. Subsequent to returning to the work on July 9, 2018, and receiving the assignment of this case, Mr. Hill accepted a new position, and is leaving the Department of Justice effective August 4, 2018. To further complicate the matter, Mr. Hill is also assigned to *Weil Group Resources, LLC v. Burton, et al.*, in the Northern District of Texas, Amarillo Division (Case No. 2:18-cv-130-D), which has been subject to expedited briefing and hearings on a temporary restraining order in the past week. In addition, Mr. Hill has a July 20, 2018 briefing deadline in *Continental Resources, Inc. v. Zinke*, in the District Court of the District of Columbia (Case. No. 1:17-cv-2197-RDM). Thus, aside from his anticipated departure, Mr. Hill has been unavailable to work on this case due to the briefing demands of his other cases.

Federal Defendants promptly contacted Plaintiffs' counsel concerning an extension on July 9, 2018. Since that time the Parties have worked towards this joint resolution. Subsequent to initiating those discussions, and due to these above-mentioned recent departures, the case has subsequently been reassigned to Luther L. Hajek and John Most, but due to briefing deadlines in their other cases, they are unavailable to work on this case until after July 23, 2018.

Having conferred on the above matters, and there being good cause for said extension of the

remaining briefing deadlines, Plaintiffs consent to Defendants' request for a a 30 day extension of all remaining briefing deadlines. Further, Federal Defendants agree to provide Plaintiffs notice within 14 days of any ground disturbing activities or over the counter lease sales of parcels in this case until the final brief is filed in this case on October 3, 2018.

**BRIEFING DEADLINES**

The Parties agree to the following deadlines:

1. Federal Defendants shall file their cross-motion for summary judgment and combined response brief in opposition to Plaintiffs' motion for summary judgment on or before **August 22, 2018**, not to exceed 40 pages;

2. Plaintiffs shall file their reply in support of their motion for summary judgment and opposition to Federal Defendants' cross-motion for summary judgment on or before **September 12, 2018**, not to exceed 30 pages**;**

3. Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before **October 3, 2018**, not to exceed 30 pages;

4. Plaintiffs do not consent to the case being resolved by a magistrate judge.

DATED: July 18, 2018                Respectfully submitted,

/s/
JULIE CAVANAUGH-BILL (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: (775)753-4357
Email: Julie@cblawoffices.org

CLARE LAKEWOOD (CA Bar No. 298479),
*pro hac vice*
MICHAEL SAUL (CO Bar No. 30143),
*pro hac vice*
VICTORIA BOGDAN TEJEDA (CA Bar No.

317132), *pro hac vice*
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7121
Facsimile: (510) 844-7150
Email: clakewood@biologicaldiversity.org
　　　msaul@biologicaldiversity.org
*Attorneys for Plaintiffs Center for Biological Diversity and Sierra Club*

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
HOLLY A. VANCE
Assistant United States Attorney
JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Luther L. Hajek*_____
LUTHER L. HAJEK
Trial Attorney
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Fax: 303-844-1350
Email: luke.hajek@usdoj.gov
JOHN S. MOST
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 616-3353
Fax: (202) 305-0506
Email: john.most@usdoj.gov
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Date: July 20, 2018