AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.

               Plaintiffs,

   v.

U.S. BUREAU OF LAND
MANAGEMENT, et al.

               Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  **3:17-CV-00533-LRH-WGC**

\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiffs' motion for summary judgment (ECF No. 45) is **DENIED**; and, that BLM's cross-motion for summary judgment (ECF No. 50) is **GRANTED**.  Judgment is hereby entered in favor of the defendants, the United States Bureau of Land Management, Ryan Zinke, and Michael Nedd, and against plaintiffs the Center for Biological Diversity and the Sierra Club.

Date:  January 16, 2019

                                                               DEBRA K. KEMPI
                                                               Clerk



                                                               /s/  D.R. Morgan
                                                              Deputy Clerk